UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN SHERMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE REGENTS OF UNIVERSITY OF CALIFORNIA,<br><br>        Defendant. | Case No. 20-cv-06441-VKD<br><br>**FURTHER ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 133 |

On October 3, 2022 the Court held a show cause hearing regarding the status of the parties' settlement of this matter. Dkt. No. 134.

As stated at the hearing, the Court orders as follows:

1. Defendant The Regents of University of California shall sign and send a fully executed copy of the settlement agreement to plaintiffs by **Friday, October 7, 2022**.

2. On or before **October 14, 2022**, the parties shall file a stipulation for dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure

3. If a dismissal is not filed by October 14, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **October 18, 2022** at 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Rule 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **October 14, 2022** advising as to why a stipulation for dismissal could not be filed by October 14, 2022. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: October 3, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge